ACCEPTED
03-13-00723-CR
5240161
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 9:18:06 PM
JEFFREY D. KYLE
CLERK

No. 03-13-0723-CR

IN THE COURT OF APPEALS

THIRD DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/11/2015 9:18:06 PM

JEFFREY D. KYLE
Clerk

CHARLES ANTHONY MALOUFF, JR., APPELLANT

vs.

THE STATE OF TEXAS, APPELLEE

## THE STATE'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF THE PRESCRIBED WORD LIMITATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 9.4 of the Texas Rules of Appellate Procedure, the State of Texas, by and through the District Attorney for Travis County, respectfully moves this Court for its order permitting the State to file a brief that exceeds 15,000 words in length.

In support of this motion, the State asserts that the granting of this motion would be in the interests of justice because of the nature and complexity of the issues and the applicable law. It is the belief of undersigned counsel that the granting of this motion would enable the State to fully and properly present its arguments for the benefit of the Court.

The State's proposed brief is being submitted contemporaneously with this motion. That brief addresses the appellant's four points of error, some

of which raise factual and legal issues that are very complex. Some points are multifarious and require the analysis of multiple issues. In this case, the appellant was convicted of the offense of Securing the Execution of a Document by Deception in relation to his role in the submission of a grant application.

In addition to responding to the appellant's claims, the State's brief also sets forth a cross-point of error.

The complexity of the issues presented here is evidenced, in part, by the fact that the reporter's record consists of 27 volumes and the fact that the clerk's record consists of roughly 1,300 pages. Undersigned counsel respectfully asserts that a brief of the length submitted herewith is needed to fully respond to the appellant's points of error and fully assert the State's cross-point of error.

PRAYER

Wherefore, the State requests that this Court grant the State leave to file a brief that exceeds 15,000 words in length.

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
Director, Appellate Division
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
Phone No. (512) 854-3626
Fax. No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based on the computer program used to generate this motion, that this motion contains 296 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro

CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of May, 2015, a copy of the foregoing motion was sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the appellant:

Ariel Payan, Esq.,
1012 Rio Grande
Austin, TX 78701
Fax No. (512) 472-4102
Email: arielpayan@hotmail.com

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro